UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ELISEO JARA, JR, et al,<br><br>                    Defendant. | 1:16-cv-00906 AWI  JLT<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO ALLOW ELISEO JARA JR., REG # 68906-097, TO APPEAR TELEPHONICALLY<br><br>DATE: December 28, 2016<br>TIME:  9:00 a.m. |

    Eliseo Jara, Jr., inmate, REG # 68906-097, a defendant in this proceeding is confined at Taft Correctional Institution, 1500 Cadet Road, Taft, California, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for a **telephonic appearance** in the United States Courthouse, 510 19th Street, Bakersfield, California on December 28, 2016, at 9:00 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce for **a telephonic appearance** by the inmate named above to testify in United States District Court at the time and place above;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Taft Correctional Institution**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

    Dated:   **December 1, 2016**              /s/ Jennifer L. Thurston
                                                                       UNITED STATES MAGISTRATE JUDGE