**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:16-cv-00906-AWI -JLT |
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 26) |
| ELISEO JARA, JR., et. Al., | ) |
| Defendants. | ) |

On July 13, 2017, Plaintiff notified the Court that the parties "the parties have agreed to a settlement of this case." (Doc. 26 at 1)  In addition, Plaintiff reported the parties intend to file a stipulation for dismissal within twenty-one days. (*Id.*)  Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed no later than **August 4, 2017**;

    2.    All pending dates, conferences and hearings are **VACATED**.

    <u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

    Dated:  <u>July 14, 2017</u>            <u>/s/ Jennifer L. Thurston</u>

                                          UNITED STATES MAGISTRATE JUDGE