# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELISEO JARA, JR., et. Al.,<br><br>Defendants. | Case No.: 1:16-cv-00906-AWI -JLT<br><br>ORDER EXTENDING THE DEADLINE TO FILE THE DISMISSAL DOCUMENTS<br><br>ORDER TO THE DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO EXECUTE THE DISMISSAL DOCUMENTS |

On July 14, 2017, the Court ordered the parties to file a stipulated dismissal no later than August 4, 2017, based upon their representation that the matter had settled. (Doc. 27) Now, the plaintiff reports that it has had difficulty in obtaining a signed stipulation from the incarcerated defendants to dismiss the case[1]. (Doc. 28) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **September 8, 2017**;
2. **No later than August 25, 2017**, the defendants **SHALL** show cause in writing why sanctions, up to and including striking their answers and entering default against them, should not be imposed for their failure to comply with the Court's orders. Alternatively, by the same date, they SHALL execute the dismissal documents and provide them to plaintiff's counsel.

///

---

[1] In future, the plaintiff SHALL provide a proposed order that contains a case caption. Providing language on pleading paper without the caption is insufficient to comply with Local Rule 137.

1

**The defendants are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __**August 7, 2017**__     _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE