# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-cv-00906-AWI -JLT |
| Plaintiff, | ORDER CLOSING CASE |
| v. | (Doc. 30) |
| ELISEO JARA, JR., et. Al., | |
| Defendants. | |

The parties have stipulated to dismiss the action with prejudice with each party bearing their own costs. (Doc. 30) Federal Rules of Civil Procedure 41permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **August 7, 2017**        **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE